MARY EAGAN et al., Infants, by MARTIN EAGAN, their Guardian ad Litem, et al., Respondents, *v.* SARAH M. SCULLY, Individually and as Executor of PATRICK SCULLY, Deceased, Appellant, Impleaded with Others.

*Eagan* v. *Scully,* 29 App. Div. 617, affirmed.
(Argued December 1, 1902; decided December 16, 1902.)

APPEAL from a judgment entered March 6, 1901, upon an order of the Appellate Division of the Supreme Court in the

third judicial department, affirming an interlocutory judgment in favor of plaintiffs entered upon a decison of the court at a Trial Term.

*Daniel Naylon, Jr.,* and *Edward C. Whitmyer* for appellant.

*Robert J. Landon* and *Michael Foley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.